AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

THE RESIDENCE OF KAYLA KEYES AND JAMES WINDY BOY LOCATED AT 314 EAST CENTRAL AVENUE, NEW TOWN, NORTH DAKOTA

Case No. 1:18-mj-192

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Exhibit A

located in the _____ District of North Dakota, there is now concealed *(identify the person or describe the property to be seized)*:

See Exhibit B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., Section 841 | Distribution of controlled substances; |
| Title 21, U.S.C., Section 846 | Conspiracy |
| Title 18, U.S.C., Section 2 | Aiding and Abetting |

The application is based on these facts:
See attached affidavit of H.S.I. Special Agent Derek Davis

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Derek Davis, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence. by telephone cr town   CSM

Date: 6/15/18

City and state: Bismarck, North Dakota

_____
*Judge's signature*

Charles S. Miller, Jr., United States Magistrate
*Printed name and title*