# EXHIBIT A

## PREMISES TO BE SEARCHED

1. The residence of Kayla Keyes and James Windy Boy located at 314 East Central Avenue, New Town, North Dakota, as shown in the photograph below:

