# **EXHIBIT B**

## **PROPERTY TO BE SEARCHED FOR**

1. Controlled substances and indicia of drug trafficking, including materials and containers used in the packaging, transportation, and/or concealment of drugs.

2. Oxycodone pills, including any substance or mixture containing a detectable amount of oxycodone; and, prescription pills containing similar controlled substances.

3. All scales used in the weighing of controlled substances.

4. All pipes, bongs, syringes, needles, and other drug paraphernalia used in the inhalation, ingestion, injection of controlled substances.

5. Personal mail, checkbooks, personal identification, notes, other correspondence, utility bills, rent receipts, payment receipts, financial documents, keys, leases, mortgage bills, ownership warranties and telephone answering machine introductions; to establish indicia and venue of the offense.

6. Records, ledgers, including "pay and owe" sheets, phone books, address books, handwritten notes and other related materials containing information related to drug sales, the identity of drug customers, drug profit calculations, and any records related to the shipping of packages via U.S. Mails or commercial carrier - e.g., Federal Express, UPS, DHL and so forth - and travel records related to drug trafficking activity.

7. Any and all film, photographs, electronic media whether contained on paper in handwritten, typed, photocopies or printed forms or stored on computer printouts, magnetic tape, cassette, disk, diskette, photo-optical devices, photographic film and any other medium; showing photographs of other persons, property, or controlled substances constituting evidence of associations between persons or participation in illegal drug trafficking.

8. Money, currency, cash or other similar financial notes which pertain to or were used in transactions involving controlled substances- as would be indicated by the proximity of the money to controlled substances or other drug paraphernalia.

9. Computers, computer tablets such as iPads, cellular telephones, media storage devices associated with computers or cellular telephones, cellular telephone accessories, and any other items used to facilitate the use of cellular or other wire communications. This shall **include the digital contents** of any computer, computer tablet, cellular telephone, media storage device, or electronic device located, to be seized via photographic imaging, electronic imaging, or otherwise, either on scene or at a separate location. The search of the digital contents of such devices shall include a search for any of the following information:

All records, data, and images, in whatever form and by whatever means they have been created or stored on such devices, for evidence relating to violations of 21 USC § 841(a) (drug trafficking) and/or 21 USC § 846 (conspiracy to traffic drugs), or of 18 USC § 2 (aiding and abetting) involving James Windy Boy, Kayla Keyes, and any unknown, or yet to be identified subjects, including but not limited to the following: (a) lists of drug customers and related identifying information; types, amounts and prices of drugs purchased, used or trafficked, or offered for purchase or sale, as well as dates, places, and amounts of specific transactions; (b) any information related to sources of narcotic drugs (including names, addresses, phone numbers, images, or any other identifying information); (c) photographic or video images of drugs, drug paraphernalia, firearms, ammunition, money or monetary instruments, drug use or drug transactions; (d) any information recording the travels of James Windy Boy, Kayla Keyes, and any unknown, or yet to be identified subjects; (e) any financial account and transaction information; (f) electronic message documentation and content, including sent, unsent, received, or attempted messages whether they are texts, tweets, images, videos, emails, or some other form of electronic message involving controlled substances or firearms; and, (g) digital documents, messages, or other information tending to show dominion and control over the electronic device at the time of its use.

10. Answering machines, electronic Rolodexes, "caller ID" and any other device installed or attached to a landline phone, constituting evidence of associations between persons or participation in illegal drug trafficking.

11. Vehicle registrations, identifications numbers and documents, insurance policies, billing statements, and other documents establishing ownership of property and assets believed to be derived from the sale of controlled substances.

12. Any surveillance systems, including hard drives or other recording devices or media storage devices associated therewith, including any recorded images stored thereon.