AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>1:18-mj-192 | Date and time warrant executed:<br>6/20/2018 @ 1325 HRS | Copy of warrant and inventory left with:<br>Inside Residence |
| Inventory made in the presence of : <br>Law Enforcement Officers |||
| Inventory of the property taken and name of any person(s) seized:<br><br>See Attached Receipt for Property. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/9/2018

_____
Executing officer's signature

Derk Davis, Special Agent
Printed name and title



**MHA Division of Drug Enforcement**
Three Affiliated Tribes
Fort Berthold Reservation, North Dakota

Receipt for Property Received / Returned / Released / Returned / Seized

Case/Indicident Number: DE-IR18-174  enterance / exit
On (Date): 6-20-18     Time: 1:25pm / 307

Items listed below were:
❏ Received From
❏ Returned To
❏ Released To
☒ Seized

Name: James Windy Boy / Kayla Keyes
Street Address: 314 E Central Ave
City: NewTown, ND 58763

DESCRIPTION OF ITEM(S):

8 cell phones in house
 #1 = Iphone yellow case
 #2 = Silver Iphone X
 #3 = Black Lg phone.
 4 = clearcase polka dot case Iphone.
 5 = Black Lg phone.
 6 = Iphone pink case.
 7 = Iphone w/s colorcrackedscreen
 8 = White Iphone clear case.
9 Blue pen hollowed out.
10 - 3 tin foil + straw
11 pen Hollow residue tinfoil
12 glass pipe
13 = $240 dollars - 2= $100 Bills + 2= $20 Bills

Received By: _____ (Signature)
Received From: _Angela Cummings_ (Signature)

WHITE: Evidence Room    YELLOW: Investigator/Officer    PINK: Utility/Office